## Commonwealth *v.* Busler, Appellant.

Argued April 12, 1971. *James Victor Voss,* with him *Richard S. Enman,* and *Neely and Voss,* for appellant; *D. Dale Claypool,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Caldwell, Appellant.

Submitted April 12, 1971. *H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.